# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Nichole Clark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10634-DRH-PMF |
| *Jennifer May Condra v. Bayer Corporation, et al.* | No. 3:10-cv-10339-DRH-PMF |
| *Chancey Craig v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10575-DRH-PMF |
| *Brynn Danyluk v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11183-DRH-PMF |
| *Nicole Defauw-Tucker, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11662-DRH-PMF |
| *Sandra Deroche v. Bayer Corporation, et al.* | No. 3:10-cv-11757-DRH-PMF |
| *Malinda Dodson v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1] | No. 3:10-cv-13217-DRH-PMF |
| *Tiffany Doucet v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-20116-DRH-PMF |
| *Kelly Engelking v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12077-DRH-PMF |
| *Christy Etzig v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13426-DRH-PMF |
| *Kira Fisher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11837-DRH-PMF |
| *Yvette Flores v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10387-DRH-PMF |

---

[1] Plaintiff a/k/a Malinda Lastinger-Zimmerman.

| | |
|---|---|
| *Rebecca Fogg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10364-DRH-PMF |
| *Chelsea Follin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13509-DRH-PMF |
| *Angela George v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11078-DRH-PMF |
| *Jaclyn Gonzalez v. Bayer Corporation, et al.* | No. 3:09-cv-10107-DRH-PMF |
| *Natasha Greenwalt-Alcala v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12526-DRH-PMF |
| *Ashley Hagood v. Bayer Corporation, et al.* | No. 3:12-cv-10765-DRH-PMF |
| *Chelsea Hall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13069-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the order filed on January 9, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Cheryl A. Ritter*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.01.12 09:58:41 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**

2